IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00166-RJC-DSC

| | |
|---|---|
| BRANDY LEGREE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PIEDMONT AIRLINES INC. et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Patricia G. Griffith]" (document #12) filed June 8, 2020. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, the pro se Defendant, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: June 8, 2020

David S. Cayer
United States Magistrate Judge